United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 19-14530-amc
Courtney Kelly  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 2
Date Rcvd: Jan 13, 2021 | Form ID: pdf900 | Total Noticed: 25

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 15, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Courtney Kelly, 163 Crum Creek Drive, Woodlyn, PA 19094-1909 |
| cr | + | Freedom Mortgage Corporation, c/o THOMAS YOUNG HAE SONG, 1617 JFK Blvd. Suite 1400, Philadelphia, PA 19103-1814 |
| 14393139 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14375468 | + | Citi Bank, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 14381380 | + | FREEDOM MORTGAGE CORPORATION, Bankruptcy Department, 10500 KINCAID DRIVE, FISHERS IN 46037-9764 |
| 14505356 | + | FREEDOM MORTGAGE CORPORATION, FREEDOM MORTGAGE CORP., Bankruptcy Department,, 10500 KINCAID DRIVE, FISHERS IN 46037-9764 |
| 14559381 | + | FREEDOM MORTGAGE CORPORATION, C/O Rebecca Solarz, Esquire, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14359187 | + | Freedom Mortgage Corporation, 907 Pleasant Valley Avenue, Mount Laurel, NJ 08054-1210 |
| 14371278 | + | Freedom Mortgage Corporation, c/o THOMAS YOUNG HAE SONG, Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Blvd. Suite 1400, Philadelphia, PA 19103-1814 |
| 14370338 | | Freedom Mortgage Corporation, C/o Thomas Song, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14369722 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14362910 | | Nissan Motor Acceptance, POB 660366, Dallas, TX 75266-0366 |
| 14560002 | + | Nissan Motor Acceptance Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14375471 | + | TD Bank, PO Box 16027, Lewiston, ME 04243-9513 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 14 2021 03:12:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 14 2021 03:12:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 14 2021 03:12:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14375469 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 14 2021 03:12:00 | Comenity Bank, PO Box 182273, Columbus, OH 43218-2273 |
| 14362889 | | Email/Text: mrdiscen@discover.com | Jan 14 2021 03:12:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14359188 | + | Email/Text: mrdiscen@discover.com | Jan 14 2021 03:12:00 | Discover Card, PO Box 6103, Carol Stream, IL 60197-6103 |
| 14375467 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jan 14 2021 03:21:19 | Chase Bank, PO Box 6294, Carol Stream, IL 60197 |
| 14375470 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 14 2021 03:12:00 | Kohl's, PO Box 2983, Milwaukee, WI 53201-2983 |
| 14362522 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 14 2021 03:21:21 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

| | | | |
|---|---|---|---|
| 14394124 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 14 2021 03:19:33 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14391950 | + Email/Text: bncmail@w-legal.com | Jan 14 2021 03:12:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |

TOTAL: 11

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2021             Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 13, 2021 at the address(es) listed below:

**Name**              **Email Address**

JEROME B. BLANK
                      on behalf of Creditor Freedom Mortgage Corporation paeb@fedphe.com

JOHN G. GRAY
                      on behalf of Debtor Courtney Kelly esqjgray@aol.com

MARIO J. HANYON
                      on behalf of Creditor Freedom Mortgage Corporation mario.hanyon@brockandscott.com wbecf@brockandscott.com

REBECCA ANN SOLARZ
                      on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
                      on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com

SCOTT F. WATERMAN (Chapter 13)
                      ECFMail@ReadingCh13.com

THOMAS YOUNG.HAE SONG
                      on behalf of Creditor Freedom Mortgage Corporation paeb@fedphe.com

United States Trustee
                      USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:  
    COURTNEY KELLY

    Debtor

Chapter 13

Bankruptcy No. 19-14530-AMC

### ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: January 13, 2021**

ASHELY M. CHAN  
U.S. BANKRUPTCY JUDGE